# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00112-CV

**Texas Department of Public Safety, Appellant**

**v.**

**Steven Dean Hines, Appellee**

### FROM THE COUNTY COURT OF BLANCO COUNTY
### NO. 394, HONORABLE BILL GUTHRIE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Texas Department of Public Safety has filed a motion to dismiss, informing this Court that it no longer wishes to pursue this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Dismissed on Appellant's Motion

Filed:   September 22, 2009